# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AFSHIN BAHRAMPOUR, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CLARK COUNTY COMMISSIONERS, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:13-cv-01271-RFB-CWH <br><br> **REPORT AND RECOMMENDATION** |

On October 2, 2013, the undersigned magistrate judge entered a report and recommendation that Plaintiff Afshin Bahrampour's application to proceed *in forma pauperis* be denied. (Report & Recommendation (ECF No. 7) at 3.) The undersigned magistrate judge further recommended that Plaintiff be required to pay the filing fee of $400.00 within thirty days of the date that the district judge entered an order denying Plaintiff's application to proceed *in forma pauperis*. (*Id.*) The report and recommendation stated that failure to comply with the order would result in a recommendation that the case be dismissed. (*Id.*) On June 13, 2014, the district judge entered an order adopting the report and recommendation in its entirety and denying Plaintiff's application to proceed *in forma pauperis*. (Order (ECF No. 9).) More than thirty days have passed since the district judge's order, and Plaintiff has not paid the $400.00 filing fee.

## RECOMMENDATION

**IT IS THEREFORE RECOMMENDED** that Plaintiff Afshin Bahrampour's case be dismissed, without prejudice.

## NOTICE

This Report and Recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this Report and Recommendation may file a written objection supported by points and authorities within fourteen days of being served with this Report and Recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive

the right to appeal the District Court's Order.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

Dated: September 21, 2015

_____
C.W.Hoffman, Jr.
United States Magistrate Judge