1
2
3
4
5
6                              UNITED STATES DISTRICT COURT
7                                    DISTRICT OF NEVADA
8                                           * * *
9   AFSHIN BAHRAMPOUR, *et al*,                │ Case No. 2:13-cv-01271-RFB-CWH
10                                Plaintiff,    │ ORDER   ACCEPTING   REPORT   &
                                                │ RECOMMENDATION  OF  MAGISTRATE
11   v.                                         │ JUDGE CARL W. HOFFMAN
12   CLARK COUNTY COMMISSIONER, *et al*,
13                                Defendants.
14

15       Before the Court for consideration is the Report and Recommendation (ECF No. 13) of the

16   Honorable Carl W. Hoffman, United States Magistrate Judge, entered September 21, 2015.

17       A district court "may accept, reject, or modify, in whole or in part, the findings or

18   recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific

19   written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. §

20   636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is

21   required to "make a *de novo* determination of those portions of the report or specified proposed

22   findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Local

23   Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct

24   "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge.

25   *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due

26   by June 6, 2015. No objections have been filed.  The Court has reviewed the record in this case

27   and concurs with the Magistrate Judge's recommendation(s).

28

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 13) is **ACCEPTED and ADOPTED in full**.

**IT IS ORDERED** that Plaintiff Afshin Bahrampour's case be dismissed, without prejudice.

**IT IS FURTHER ORDER** that Plaintiff's case be dismissed without prejudice and that the Clerk of Court shall serve this Order on the person(s) and respective addresses noted in the Report and Recommendation. The Clerk shall enter judgment accordingly and close the case.

DATED this 16th day of October, 2015.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE